☙AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Virginia_____

Trustees Of The Plumbers And Pipefitters
National Pension Fund, et al.
V.

Marco R. Brunatti Associates
a/k/a M.R. Brunatti Associates

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number:    1:09CV1132

I, _____Fernando Galindo_____, Clerk of the United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____6/22/10_____,
Date
as it appears in the records of this court, and that

\*  __no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.__

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court on

_____August 25, 2010_____        _____Fernando Galindo_____
Date                                         Clerk

                                             _____/s/ signature_____
                                             (By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO R. BRUNATTI ASSOCIATES a/k/a M.R. BRUNATTI ASSOCIATES, <br><br> Defendant. | Civil Action No. 1:09-cv-1132 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 21, 2010 recommending entry of default against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates. The Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Thus, it is hereby,

ORDERED that judgment is entered in favor of the National Pension Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $14,167.10;

ORDERED that judgment is entered in favor of the International Training Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $603.90.

It is further ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

Alexandria, Virginia
June 22, 2010

/s/
Liam O'Grady
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK

/s/
Liam O'Grady
United States District Judge

**Donna Spell**

| | |
|---|---|
| From: | cmecf@vaed.uscourts.gov |
| Sent: | Thursday, June 24, 2010 1:26 PM |
| To: | Courtmail@vaed.uscourts.gov |
| Subject: | Activity in Case 1:09-cv-01132-LO-IDDVAED Trustees of the Plumbers and Pipefitters National Pension Fund et al v. Marco R. Brunatti Associates Order Adopting Report and Recommendations |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

Eastern District of Virginia -

**Notice of Electronic Filing**

The following transaction was entered on 6/24/2010 at 1:25 PM EDT and filed on 6/22/2010

| | |
|---|---|
| **Case Name:** | Trustees of the Plumbers and Pipefitters National Pension Fund et al v. Marco R. Brunatti Associates |
| **Case Number:** | 1:09-cv-01132-LO-IDD |
| **Filer:** | |
| **Document Number:** | 13 |

**Docket Text:**
ORDER, the Court adopts the findings and recommendation of the Magistrate Judge. Thus, it is hereby, ORDERED that judgment is entered in favor of the National Pension Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $14,167.10; ORDERED that judgment is entered in favor of the International Training Fund against Defendant Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates in the amount of $603.90. (See Order For Details). Signed by District Judge Liam O'Grady on 6/24/10. (nhall)


**1:09-cv-01132-LO-IDD Notice has been electronically mailed to:**

John R. Harney    jharney@odonoghuelaw.com, dspell@odonoghuelaw.com

**1:09-cv-01132-LO-IDD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=6/24/2010] [FileNumber=2663604-0

6/24/2010

] [96ee6aa53f03aa603945b2aaf84e48e9f2d882dcca778e0c9f36d8dc93f5e381525
3b338c19c21f62ca3302ac490066f818ace2fdf3f536917c22651d4a265c7]]

6/24/2010

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Trustees Of The Plumbers And Pipefitters )
National Pension Fund, et al. )
)
      Plaintiff(s) )
)
v. ) Civil Action No. 1:09cv1132
)
Marco R. Brunatti Associates a/k/a M.R. )
Brunatti Associates )
      Defendant(s) )

FILED JUN 2 4 2010

## DEFAULT JUDGMENT

A default having been entered against the defendant(s) and counsel for the plaintiff(s) having requested judgment against the defaulted defendant(s) and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the plaintiff(s) Trustees Of The Plumbers And Pipefitters National Pension Fund recover of the defendant(s) Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates the sum of $14,167.10 and plaintiff(s) International Training Fund recover of the defendant(s) Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates the sum of $603.90.

Dated at Alexandria, Virginia, this 24th day of June, 2010.

FERNANDO GALINDO,
CLERK

BY: _____
Deputy Clerk

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

**Donna Spell**

| | |
|---|---|
| **From:** | cmecf@vaed.uscourts.gov |
| **Sent:** | Thursday, June 24, 2010 2:02 PM |
| **To:** | Courtmail@vaed.uscourts.gov |
| **Subject:** | Activity in Case 1:09-cv-01132-LO-IDDVAED Trustees of the Plumbers and Pipefitters National Pension Fund et al v. Marco R. Brunatti Associates Default Judgment |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

<div align="center">

**U.S. District Court**

**Eastern District of Virginia -**

</div>

**Notice of Electronic Filing**

The following transaction was entered on 6/24/2010 at 2:01 PM EDT and filed on 6/24/2010

**Case Name:** Trustees of the Plumbers and Pipefitters National Pension Fund et al v. Marco R. Brunatti Associates
**Case Number:** 1:09-cv-01132-LO-IDD
**Filer:**
**WARNING: CASE CLOSED on 06/24/2010**
**Document Number:** 14

**Docket Text:**
**DEFAULT JUDGMENT in favor of plaintiffs National Pension Fund and International Training Fund and against Marco R. Brunatti Associates a/k/a M.R. Brunatti Associates. (Entered by Clerk pursuant to FRCP 55)(nhall)**

**1:09-cv-01132-LO-IDD Notice has been electronically mailed to:**

John R. Harney    jharney@odonoghuelaw.com, dspell@odonoghuelaw.com

**1:09-cv-01132-LO-IDD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

6/24/2010

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=6/24/2010] [FileNumber=2663731-0
] [73def8ca33a01efcb68e91f28f8d1d80c6db2bbd5a4b9f1700f6e57e581bc931039
114fe65678754af1573dcd504204ce80bf866e37bd9b675a85cdbf9a31cea]]

6/24/2010